> Motion GRANTED. Sentencing reset for 10/18/12 at 3:00 PM.

*[Signed: Judge Trauger]*

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | No. 2:11-00002-11 |
| | ) | JUDGE TRAUGER |
| JAMES ROBERT CRAWFORD | ) | |
| | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now Counsel for the Defendant and MOVES this Honorable Court for leave to continue the sentencing hearing in the above referenced matter. Counsel for the Defendant needs to meet further with the Assistant United States Attorney and the Defendant in order to iron out some issues with respect to the Teen Challenge Program and the prospective sentence in this matter. Additionally, Counsel for Defendant is traveling this weekend and part of this week for the Labor-Day Holiday. This Counsel anticipates needing about thirty (30) days to be prepared for the sentencing hearing. However, counsel may be asking for additional delay at a later time, depending on how the prospective Teen Challenge issue is handled. Counsel for the U.S. Attorney's Office does not oppose this motion.